IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W. TAYLOR and WILLIAM BROWN | : | |
| Plaintiffs, | | |
| | : | |
| v. | | |
| | : | |
| AMERICAN POSTAL WORKERS UNION *AFL-CIO National*; AMERICAN POSTAL WORKERS UNION *AFL-CIO* PHILADELPHIA, PA AREA LOCAL 89; NICHOLAS J. CASSELLI, *President*; BLAIR E. LAWRENCE, Treasurer; GWENDOLYN IVEY, Former President; and, STACEY FRANKLIN, Former Treasurer | : : : | CIVIL ACTION NO. 15-4873 |
| Defendants. | : | |

**ORDER**

AND NOW, this 2nd day of December, 2016, upon consideration of Defendants Stacey Franklin, Gwendolyn Ivey, Blair E. Lawrence's Motion to Dismiss, Motion to Strike, or in the Alternative, Motion for a More Definite Statement (ECF No. 53); Defendants American Postal Workers Union, Nicholas J. Casselli, Stacey Franklin, Gwendolyn Ivey, Blair E. Lawrence, Philadelphia, PA Area Local 89 Motion To Dismiss, Motion To Strike, Or In The Alternative, Motion For Summary Judgment (ECF No. 62); American Postal Workers Union (AFL-CIO)'s Motion to Dismiss (ECF No. 63); and, Plaintiffs' Response thereto (ECF No. 64), it is hereby ORDERED as follows:

> (1) Defendants Stacey Franklin, Gwendolyn Ivey, Blair E. Lawrence's Motion to Dismiss, Motion to Strike, or in the Alternative, Motion for a More Definite Statement (ECF No. 53) is DENIED as moot;

(2) Defendants Nicholas J. Casselli, Stacey Franklin, Gwendolyn Ivey, Blair E. Lawrence's Motion to Strike (ECF No. 62) is GRANTED and said Defendants' names shall be STRICKEN from the caption of Plaintiffs' Third Amended Complaint;

(3) Defendant American Postal Workers Union (AFL-CIO) Local's Motion to Dismiss or in the alternative, Motion for Summary Judgment (ECF No. 62) is GRANTED in part and DENIED in part; and,.

(4) American Postal Workers Union (AFL-CIO) National's Motion to Dismiss (ECF No. 63) is GRANTED.

BY THE COURT:

/s/  C. Darnell Jones, II     J.