IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W. TAYLOR | : | |
|     Plaintiff, | | |
| v. | : | CIVIL ACTION NO. 15-4873 |
| AMERICAN POSTAL WORKERS UNION *AFL-CIO* PHILADELPHIA, PA AREA | : | |
|     Defendant. | | |

## **ORDER**

AND NOW, this 25th day of February, 2019, upon review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated February 5, 2019 (ECF No. 135), it is hereby ORDERED as follows:

(1) The Report and Recommendation is APPROVED and ADOPTED; and,

(2) Plaintiff, David W. Taylor's Motion for Emergency Preliminary Injunction (ECF No. 132) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.